IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LACRETIA SPRINGFIELD, *for J.S. a minor, by and through his mother and next friend,*<br><br>Plaintiff,<br><br>v.<br><br>WHITESIDE SCHOOL DISTRICT NO. 115, *et al.*,<br><br>Defendants. | Case No. 19-cv-782 JPG |

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: May 6, 2021**          MARGARET M. ROBERTIE, Clerk of Court

                                               **s/Tina Gray, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**